MICHAEL E. ADAMS
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, California 94063
Telephone: (650) 599-9463
Facsimile: (650) 599-9785

Attorney for Plaintiff
ROSE R. BARTONICO

GARY R. BASHAM (Bar No. 130119)
KELLEY S. KERN (Bar No. 221265)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
SEARS HOME IMPROVEMENT PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSE R. BARTONICO, | Case No. 3:08-cv-04667-SI |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| SEARS HOME IMPROVEMENT PRODUCTS, INC. a corporation, and DOES 1 to 20, inclusive, | |
| Defendants. | Trial Date: April 26, 2010 |

WHEREAS, at the Initial Case Management Conference conducted by this court on January 23, 2009, the Court instructed the parties to engage in and complete mediation no later than May 29, 2009.

WHEREAS, Michael Orstil with JAMS was selected by the parties to mediate this matter;

WHEREAS, the parties have both had several scheduling conflicts that have prevented them from scheduling mediation prior to the completion date;

1

1       WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a 60-day continuance of the mediation completion deadline date from May 29, 2009 to August 28, 2009;

4       WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a 60-day continuance of the Case Management Conference currently scheduled for June 12, 2009;

7       WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

9       WHEREAS, continuing the mediation completion deadline and the case management conference will not prejudice either party or their counsel; and

11       NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that this Court continue the Mediation Completion Deadline and the Case Management Conference.

Dated: April 17, 2009

LAW OFFICES OF MICHAEL F. ADAMS

By: _____
MICHAEL ADAMS
Attorney for Plaintiff
ROSE R. BARTONICO

Dated: April 21, 2009

BASHAM PARKER LLP

By: _____
GARY R. BASHAM
KELLEY S. KERN
Attorneys for Defendant
SEARS, ROEBUCK & CO.

2

STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE & CMC      CASE NO. 3:08-cv-04667-S

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Having reviewed the Stipulation of the parties, and good cause appearing: |
| 3 | IT IS HEREBY ORDERED THAT the Mediation Completion Deadline, currently |
| 4 | set for May 29, 2009, be continued to August 28, 2009. |
| 5 | IT IS FURTHER HEREBY ORDERED THAT the Case Management Conference |
| 6 | currently set for June 12, 2009, be continued to  August 28, 2009 @ ~~2:30 p.m.~~ 3:00 pm. |
| 7 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 8 | |
| 9 | Date: _____      /s/ Susan Illston |
| 10 | Hon. Susan Illston<br>UNITED STATES DISTRICT JUDGE |

3

STIPULATION AND ORDER TO CONTINUE MEDIATION COMPLETION DATE & CMC          CASE NO. 3:08-cv-04667-SI