MICHAEL E. ADAMS
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, California 94063
Telephone: (650) 599-9463
Facsimile: (650) 599-9785

Attorney for Plaintiff
ROSE R. BARTONICO


GARY R. BASHAM (Bar No. 130119)
KELLEY S. KERN (Bar No. 221265)
MEAGAN D. CHRISTIANSEN (Bar No. 240679)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
SEARS HOME IMPROVEMENT PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE R. BARTONICO, <br><br> Plaintiff, <br><br> v. <br><br> SEARS HOME IMPROVEMENT PRODUCTS, INC. a corporation, and DOES 1 to 20, inclusive, <br><br> Defendants. | Case No. 3:08-cv-04667-SI <br><br> **STIPULATION AND ORDER TO CONTINUE THE DEADLINE FOR DEPOSITIONS OF MR. JACK W. OSMAN; MR. CRAIG ENOS; DR. JOSEPH ZAMMUTO; DR. MONA TRIVEDI; AND DR. KHALIL RAHMANY** <br><br> Trial Date: April 26, 2010 |

WHEREAS, as based on the April 26, 2010 trial date, the discovery cut-off date and the last day to conclude all depositions is November 13, 2009 in this matter;

WHEREAS, the parties have both had several scheduling conflicts that have prevented them from scheduling the following depositions: (1) Defendant's deposition of Plaintiff expert witness, Jack W. Osman; (2) Plaintiff's deposition of Defendant's expert witness, Craig Enos; (3) Defendant's deposition of Plaintiff's treating physician, Dr. Joseph Zammuto; (4)

1

Defendant's deposition of Plaintiff's treating physician, Dr. Mona Trivedi; and (5) Defendant's deposition of Plaintiff's treating physician, Dr. Joseph Khalil Rahmany ("Depositions");

WHEREAS, per the Court's order, the parties wish to engage in further meaningful settlement negotiations without first incurring the substantial costs of completing necessary discovery;

WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a continuance of the deadline date for the above-named Depositions from November 13, 2009 to February 26, 2009;

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, continuing the deadline for completing the Depositions of the individuals named above will not prejudice either party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that this Court continue the deadline for the completion of the depositions of Mr. Jack W. Osman; Mr. Craig Enos; Dr. Joseph Zammuto; Dr. Mona Trivedi; and Dr. Khalil Rahmany.

Dated: ~~October~~ November 6, 2009

LAW OFFICES OF MICHAEL F. ADAMS

By: _____
MICHAEL ADAMS
Attorney for Plaintiff
ROSE R. BARTONICO

Dated: ~~October~~ Nov 9, 2009

BASHAM PARKER LLP

By: _____
GARY R. BASHAM
KELLEY S. KERN
MEAGAN D. CHRISTIANSEN
Attorneys for Defendant
SEARS, ROEBUCK & CO.

2

STIPULATION AND ORDER TO CONTINUE DEPOSITION DEADLINES     CASE NO. 3:08-cv-04667-SI

## ORDER

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED THAT the deadline to complete the depositions of Mr. Jack W. Osman; Mr. Craig Enos; Dr. Joseph Zammuto; Dr. Mona Trivedi; and Dr. Khalil Rahmany, currently set for November 13, 2009, be continued to February 26, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

*Susan Illston*

Hon. Susan Illston
UNITED STATES DISTRICT JUDGE