HOFFMAN EMPLOYMENT LAWYERS, LLP

MICHAEL HOFFMAN SBN 154481

100 Pine Street, Suite 1550

San Francisco, CA 94111

Tel   (415) 362-1111

Fax   (415) 362-1112

Email: mhoffman@employment-lawyers.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE R. BARTONICO<br><br>Plaintiff(s)<br><br>v.<br><br>SEARS HOME IMPROVEMENT PRODUCTS, INC., a corporation<br><br>Defendant(s) | CASE NUMBER: 3:08-cv-04667-SI<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [proposed] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Plaintiff ROSE R. BARTONICO hereby request the Court to approve the substitution of

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY 3:08-cv-04667-SI

1 HOFFMAN EMPLOYMENT LAWYERS, LLP
2 MICHAEL HOFFMAN SBN 154481
3 100 Pine Street, Suite 1550
4 San Francisco, CA 94111
5 Tel (415) 362-1111
6 Fax    (415) 362-1112
7 Email: mhoffman@employment-lawyers.com
8
9 as attorney of record in place and stead of LAW OFFICES OF MICHAEL E. ADAMS
10
11 Dated
12 _____
13 ROSE R. BARTONICO
14 *Signature of Party*
15
16 I have given proper notice pursuant to Local Rule 11-5 and further consent to the above
17 substitution.
18 Dated 2-24-10
19
20 [signature]
21 *Signature of Present Attorney Michael E. Adams*

I am duly admitted to practice law in this District.

23 Dated 2-25-10
24
25
26 *Signature of New Attorney Michael Hoffman*
27
28

-2-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER ON
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY 3:08-cv-04667-SI

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Ste. 1550
San Francisco, CA 94111
(415) 362-1111

1. HOFFMAN EMPLOYMENT LAWYERS, LLP
2. MICHAEL HOFFMAN SBN 154481
3. 100 Pine Street, Suite 1550
4. San Francisco, CA 94111
5. Tel (415) 362-1111
6. Fax   (415) 362-1112
7. Email: mhoffman@employment-lawyers.com
8.
9. as attorney of record in place and stead of LAW OFFICES OF MICHAEL E. ADAMS
10.
11. Dated 2-23-10
12.
13. ROSE R. BARTONICO
14. *Signature of Party*
15.
16. I have given proper notice pursuant to Local Rule 11-5 and further consent to the above
17. substitution.
18. Dated
19.
20. _____
21. *Signature of Present Attorney Michael E. Adams*
22. I am duly admitted to practice law in this District.
23. Dated 2-23-10
24.
25. _____
26. *Signature of New Attorney Michael Hoffman*
27.
28.

-2-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER ON
REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY 3:08-cv-04667-SI

The Court hereby orders that the request of ROSE R. BARTONICO, Plaintiff, to substitute in:

HOFFMAN EMPLOYMENT LAWYERS, LLP
MICHAEL HOFFMAN SBN 154481
100 Pine Street, Suite 1550
San Francisco, CA 94111
Tel (415) 362-1111/ Fax (415) 362-1112
Email: mhoffman@employment-lawyers.com

as her retained Counsel as attorney of record, in place and stead of,

MICHAEL E. ADAMS, ESQ.

is GRANTED.

*[signature: Susan Illston]*

_____
U. S. District Judge

Dated   2/24/10

-3-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; ORDER ON

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY 3:08-cv-04667-SI