IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE R. BARTONICO, | No. C 08-04667 SI |
| Plaintiff, | **ORDER DIRECTING PARTIES TO APPEAR FOR MARCH 16, 2010 SETTLEMENT CONFERENCE** |
| v. | |
| SEARS HOME IMPROVEMENT PRODUCTS, INC., | |
| Defendant. | |

The parties are hereby ordered to appear for a settlement conference before Magistrate Judge Zimmerman on March 16, 2010 at 9:00 am.

**IT IS SO ORDERED.**

Dated: March 10, 2010

SUSAN ILLSTON
United States District Judge